IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 8:23-CR-00085-FWS |
| | ) | |
| v. | ) | Judge Fred W. Slaughter |
| | ) | |
| THOMAS JASON HUNTER | ) | |

**EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Thomas Hunter, pursuant to 18 U.S.C. §§ 3142 and 3143, through undersigned counsel, respectfully requests that the Court temporarily modify his conditions of release pending sentencing by allowing him to leave the continental United States to travel on a three (3) night cruise to Ensenada, Mexico departing Los Angeles, California on August 18, 2023 and returning to Los Angeles on August 21, 2023.

1. Mr. Hunter was charged through Information on June 6, 2023, with one count of Wire Fraud under Title 18, United States Code, Section 1343.

2. Mr. Hunter entered into a plea agreement with the Government on June 13, 2023, and after being arraigned on the single count information on July 17, 2023, pled guilty to the single count information. The Court ordered an own recognizance bond in the amount of $30,000 and Court set certain conditions of his release pending sentencing. (Order Setting Conditions of Release Doc. No. 16.)

3. One such condition of release is that Mr. Hunter's travel is restricted to the continental United States unless prior permission is granted by the supervising agency to travel to a specific other location. (*Id.*) The conditions of release require the Court's permission for international travel.

4. Mr. Hunter requests the Court temporarily modify his conditions of release by allowing him to travel on a three (3) night cruise to Ensenada, Mexico departing Los Angeles, California on August 18, 2023 and returning to Los Angeles on August 21, 2023. It is not even clear that this counts as international travel as the boat does not permanently docks in Mexico. See Exh. A. This trip was prepaid prior to the filing of the information in this case.

5. Temporarily modifying Mr. Hunter's conditions of release as requested would reasonably assure his appearance. 18 U.S.C. § 3142(c). Mr. Hunter is not a flight risk and is only seeking a temporary modification of his travel restrictions for four days. Mr. Hunter voluntarily pled guild to the single count Information, has complied with all the terms and conditions of his release pending sentencing, and recently attended and participated in a presentence investigation meeting with his assigned Probation and Pretrial Services Officer.

6. Mr. Hunter contacted his assigned Probation and Pretrial Services Officer and Ms. DaCosta indicated that probation does not oppose the motion.

7. Mr. Hunter requests a prompt ruling on this motion so that the Court has an opportunity to rule before the cruise departs.

For these reasons, Mr. Hunter respectfully requests that the Court temporarily modify his conditions of release by allowing him to travel on a three (3) night cruise to Ensenada, Mexico from August 18, 2023 to August 21, 2023.

Respectfully submitted,

/s/ Christopher Grohman
Christopher T. Grohman
cgrohman@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600

Chicago, Illinois 60606-4637
(312) 212-4943

*Counsel for Thomas Hunter*